IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KIMBERLY COLE,

    Plaintiff,

v.

JASON & BRADLEY, LLC,

    Defendant.

CIVIL ACTION NO.
1:16-CV-3556-SCJ

## ORDER

This matter is before the Court on the Parties' Motion for approval of a Settlement Agreement and Full and Final Release of All Fair Labor Standards Act Claims ("Agreement") filed on December 9, 2016 (the "Joint Motion"). Doc. No. [14]. Upon review of the proposed Agreement, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore, it is **ORDERED** that:

    1.    The Parties' Joint Motion (Doc. No. [14]) is **GRANTED**.

    2.    The Parties' Agreement (Doc. No. [13]) is **APPROVED**.

    3.    The instant case is **DISMISSED WITH PREJUDICE**.

AO 72A
(Rev.8/82)

4. This Court retains jurisdiction to enforce the terms of the Agreement upon motion of either party.

**SO ORDERED,** this _20th_ day of December, 2016.

                                   /s/ Steve C. Jones
                                HONORABLE STEVE C. JONES
                                UNITED STATES DISTRICT JUDGE